# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MYKALAI KONTILAI, et al.,

    Plaintiff(s),

v.

TIMOTHY DENNIN, et al.,

    Defendant(s).

Case No.: 2:19-cv-00718-APG-NJK

**Order**

[Docket No. 7]

Pending before the Court is a motion to withdraw as counsel for Plaintiffs. Docket No. 7. Any response to that motion must be filed by July 25, 2019. The Court hereby **SETS** a hearing on the motion for 9:30 a.m. on August 8, 2019, in Courtroom 3C. In addition to withdrawing counsel and any newly retained counsel, Mr. Kontilai and a corporate representative for Plaintiff Collectors Coffee[1] must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Court reminds the parties that corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

---

[1] To the extent Mr. Kontilai may also act as a corporate representative for Plaintiff Collectors Coffee, no additional corporate representative need appear.

1

Lastly, withdrawing counsel shall serve a copy of this order on Plaintiffs, and shall file a proof of service by July 17, 2019.

IT IS SO ORDERED.

Dated: July 12, 2019

_____
Nancy J. Koppe
United States Magistrate Judge