# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MYKALAI KONTILAI, et al., | Case No.: 2:19-cv-718-APG-NJK |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | [ECF No. 14] |
| TIMOTHY DENNIN, et al., | |
| Defendants. | |

On August 21, 2019, the plaintiffs were advised by the court (ECF No. 14) that this action would be dismissed without prejudice as to all defendants unless on or before September 20, 2019, the plaintiffs filed proper proof of service or showed good cause why service was not made. The plaintiffs have not filed proof of service nor shown good cause. Nor have they shown cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m).

IT IS HEREBY ORDERED that this action is **DISMISSED without prejudice** as to all defendants.

Dated: September 26, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE